# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| TERRICK ALFRED WILLIAMS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 4:16-CV-989 RWS |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant, | ) | |

## **MEMORANDUM AND ORDER**

This matter is before me on plaintiff's letter claiming that prison officials are denying him access to the courts, have retaliated against him, and are denying him adequate medical care. I believe the letter should be filed as a new civil rights action under 42 U.S.C. § 1983, and I will direct the Clerk to file it as such.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to file plaintiff's letter [ECF No. 7] as a new civil rights action under 42 U.S.C. § 1983.

Dated this   10th   day of May, 2017.

/s/ Rodney W. Sippel
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE